■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES CALLENS, Appellant. [608 NYS2d 921] —Judgment unanimously affirmed. Memorandum: We conclude that defendant's plea of guilty was entered knowingly, voluntarily, and intelligently. Because defendant's plea included the waiver of his right to appeal, defendant has waived any right to have this Court consider the excessiveness of his sentence (see, People v

*Allen,* 82 NY2d 761). (Appeal from Judgment of Erie County Court, D'Amico, J.—Sodomy, 1st Degree.) Present—Pine, J. P., Balio, Doerr and Boehm, JJ.